■ SUK CHING CHAN, Respondent, v OTIS ELEVATOR COMPANY, Appellant. (And a Third-Party Action.)—Order, Supreme Court, New York County (Myriam Altman, J.), entered June 22, 1988, which, *inter alia,* granted plaintiff-respondent's motion to discover certain incident or accident reports, unanimously affirmed, without costs.

This determination is solely addressed to discoverability, and does not constitute a holding with respect to the admissibility of these reports at trial. Concur—Kupferman, J. P., Ross, Kassal, Rosenberger and Smith, JJ.